1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| JOSE FORERO-ARIAS,<br><br>                                   Petitioner,<br><br>     vs.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security, et al.,<br><br>                                   Respondents. | CASE NO. 07CV1374 WQH (WMc)<br><br>ORDER REQUIRING<br>SUPPLEMENTAL BRIEFING |

17
18
19
20
21
22
23
24
25
26
27
28

HAYES, Judge:

Pending before the Court is Petitioner Jose Forero-Arias' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Doc. # 1).  After reviewing the Petition (Doc. # 1), Respondents' Return (Doc. # 9), and Petitioner's Traverse (Doc. # 10), the Court hereby orders the parties to file supplemental briefs regarding the status of this case in light of this Court's opinion in *Mustanich v. Gonzales*, CASE NO. 07CV1100 WQH (LSP), 2007 U.S. Dist. LEXIS 71401 (S.D. Cal. Sept. 26, 2007).  The parties shall file the briefs on or before **Friday, January 18, 2008.**

**IT IS SO ORDERED**.

DATED:  January 8, 2008

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge

- 1 -